# Court of Appeals
# of the State of Georgia

ATLANTA, July 27, 2017

*The Court of Appeals hereby passes the following order*

**A17I0274. SKYJACK, INC. et al. v. JO-ANN TAYLOR et al..**

Upon consideration of the Application for Interlocutory Appeal, it is ordered that it be hereby GRANTED. The Appellant may file a Notice of Appeal within 10 days of the date of this order. The Clerk of State Court is directed to include a copy of this order in the record transmitted to the Court of Appeals.

LC NUMBERS:

16C02530



*Court of Appeals of the State of Georgia*
    *Clerk's Office, Atlanta, July 27, 2017.*

    *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

    *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

*, Clerk.*